NO









NO. 12-04-00102-CR

 

                 IN
THE COURT OF APPEALS

 

      TWELFTH COURT OF
APPEALS DISTRICT

 

                           TYLER, TEXAS

 

 

CHARLES RAY GREEN,                               '     APPEAL FROM THE
7TH

APPELLANT

 

V.                                                                         '     JUDICIAL DISTRICT
COURT OF

 

THE
STATE OF TEXAS,

APPELLEE                                                       '     SMITH COUNTY,
TEXAS

 





                                                     MEMORANDUM
OPINION

                                                                 PER
CURIAM

Appellant pleaded guilty to the offense of burglary of a
habitation, and the trial court assessed punishment at imprisonment for
thirty-five years.  We have received the
trial court=s certification showing that this is a plea-bargain case and
Appellant has no right to appeal.  See
Tex. R. App. P. 25.2(c)(3)(B).  Accordingly,
the appeal is dismissed for want of jurisdiction.

Opinion
delivered May 19, 2004.

Panel
consisted of Worthen, C.J. and Griffith, J.

 

 

 

 

 

                                                             (DO
NOT PUBLISH)